UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RONNIE DAVID CRUZ, | No. SACV 06-534-AG (AGR) |
| Petitioner, | |
| v. | ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| CHARLES HARRISON, et al., | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the Petition, the Magistrate Judge's Report and Recommendation, the Objections to the Report and Recommendation, and all records in the file. Having made a de novo determination, the Court agrees with the recommendation of the Magistrate Judge.

The Report and Recommendation is adopted with the following modification. In the section entitled Statement of Facts, insert an asterisk on page 2, line 28, after the words "Johnny and Benito." The asterisk refers to a footnote that reads: "Johnny and Benito are sometimes referred to as the Trejo brothers. All references to Cruz are to Petitioner Ronnie David Cruz. All references to Manzo are to Veronica Manzo."

1 | IT IS ORDERED that Judgment be entered denying the Petition and dismissing
2 | this action with prejudice.

4 | DATED: September 30, 2009

*[signature]*
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE